# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0360
Lower Tribunal No. 21-24763
_____

**José Yeyille,**
Appellant,

vs.

**Arturo Pena, RN, RT,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley and Gina Beovides, Judges.

José Yeyille, for appellant.

Falk, Waas, Solomon, Mendlestein & Davis, P.A., and Jessica M. Hernandez and Glenn P. Falk, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Upon consideration, Arturo Pena's motion to dismiss is granted.  To the extent there are remaining claims, the court summarily affirms the orders under review, as "no preliminary basis for reversal has been demonstrated." Fla. R. App. P. 9.315(a).